UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Darrell R. Ewing, et al.,

                              Plaintiff(s),

v.                                              Case No. 2:22–cv–11453–SFC–PTM
                                                Hon. Sean F. Cox

Wayne County Sheriff,

                              Defendant(s),

_____

**NOTICE OF MEDIATION PROGRAM**

   Pursuant to Administrative Order 18–AO–019, the United States District Court for the
Eastern District of Michigan has implemented a Pro Se Prisoner Early Mediation Program.
The pro se prisoner civil rights case, if not dismissed or transferred, and if eligible, will be
stayed and referred for participation in the Pro Se Early Prisoner Mediation Program.

   After the case has been referred to the program, the Michigan Department of Corrections
will arrange for the pro se plaintiff to watch an educational video explaining the prisoner
mediation process.

**Certificate of Service**

   I hereby certify that on this date a copy of the foregoing notice was served upon the parties
and/or counsel of record by electronic means or first–class U.S. mail.

                              KINIKIA D. ESSIX, CLERK OF COURT

                              By: s/L. Granger
                                  Deputy Clerk

Dated:   June 30, 2022