United States District Court
Eastern District of Michigan

**FILED**
DEC -5 2022
CLERK'S OFFICE
DETROIT

Darrell R. Ewing, et. al,
    Plaintiff(s)

v.

Wayne County Sheriff, et, Al.,
    Defendant(s)

Case No. 2:22-cv-11453
Hon. Sean F. Cox

### Emergency Motion to Expedite Initial review of Complaint, Service And Preliminary Injunction Proceedings

Now Comes, Plaintiff(s) in proper, Asking that this esteemed Court expedite Initial review of Complaint, Service and preliminary Injunction proceedings. This motion is pursuant to relevant Case-law, statues and the interest of Justice.

1.) As recent as this year, A Court of this very district granted an "emergency motion to expedite" Johnson v Mich Bd. of State Canvassers, 2022 US Dist Lexis 105056, [*20] (Mark Goldsmith) (June 13, 2022) The selfsame action Plaintiff's seek with this filing.

2.) Noteworthy, pursuant to 18 USC 1657(a) Courts maintain discretion to "determine the order in which civil actions are heard and determined."; see also Nosse v

(1)

City of Ann Arbor, 2022 U.S. Dist Lexis 133480, * (Linda Parker) (July 27th, 2022)

3.) The suit at bar was filed onto this court back in June of this year — Five months ago — by Plaintiffs who suffer under tortorous conditions, and whose constitutional rights and protections have been discarded. This all while facing immediate danger and, or, loss of life.

4.) Today, 11/28/22 Defendant Dunlap on rounds concerning the freezing cold temps in the jail when confronted about the conditions implied a conspiracy saying: "The suit has been stalled and will never be heard." This following discussing the 1st Amendment denial of Access to the courts — refusal to provide certified trust Account statements.

5.) This just court would agree "After a five month stall" the suit should of been at least screened and served on the Defendants leaving reason for concern, especially stating the Defendants comments, that pursuant to 18 USC § 1657 (4) Plaintiffs now ask this just court in the interest of

(2)

justice and the integrity of the Court to expedite Action in this case.

### Relief Requested

According to relevant caselaw and statue the Plaintiffs ask that this thorough and just Court grant this emergency motion to expedite the initial screening, service, appointment of counsel and preliminary injunction proceedings, and, or, any other relief the Court deems fit.

Respectfully & Humbly
Plaintiffs

/s/ D_____ R. ___   11/28/22

