UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DARRELL R. EWING,

    Plaintiff,

v.

    Case No. 22-11453

    Hon. George Caram Steeh

WAYNE COUNTY SHERIFF, *et al.*,    Hon. Patricia T. Morris

    Defendants.

_____/

ORDER ADOPTING REPORT AND RECOMMENDATION
AND GRANTING MOTION TO DISMISS (ECF NO. 189)

On July 29, 2024, Magistrate Judge Patricia T. Morris issued a report and recommendation proposing that the court grant Defendant's motion to dismiss the complaint for failure to prosecute. No timely objections have been filed.[1]

With respect to reports and recommendations from magistrate judges, this court "shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1)(C). The court "may accept, reject

---

[1] The docket indicates that the report and recommendation was mailed to Plaintiff's updated address on July 29, 2024.

- 1 -

or modify, in whole or in part, the findings or recommendations made by the magistrate." *Id*.

Having reviewed the report and the record, and having received no objection, the court agrees with the magistrate judge's findings and conclusions. Accordingly, IT IS HEREBY ORDERED that Magistrate Judge Morris's report and recommendation (ECF No. 192) is ACCEPTED and ADOPTED as the order of the court. IT IS FURTHER ORDERED that Defendant's motion to dismiss for lack of progress (ECF No. 189) is GRANTED.

Dated:  August 22, 2024

                                                s/George Caram Steeh
                                                HON. GEORGE CARAM STEEH
                                                UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on August 22, 2024, by electronic and/or ordinary mail and also on Darrell R. Ewing, 43141 W. Kirkwood Dr., Clinton Township, MI 48038.

s/LaShawn Saulsberry
Deputy Clerk